| | |
|---|---|
| ## Haicken Law PLLC | 11 Broadway, Suite 615<br>New York, NY 10004<br>(212)529-8326/(212)LAW-TEAM<br>sandra@haickenlaw.com<br>haickenlaw.com |

May 27, 2025

*Via ECF*

Judge Lewis J. Liman
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

**The initial pretrial conference scheduled for May 29, 2025, is adjourned to June 17, 2025, at 12:30 p.m.**

SO ORDERED.

/s/ Lewis J. Liman
LEWIS J. LIMAN
United States District Judge

Date: 5/28/25

        **Re: Marie Iddriss v. Hong Diep Realty Incorporated and KAW, Inc.**
            **Civil Action No.: 25 CV-02799**

Dear Judge Liman:

    This law firm represents the Plaintiff, Marie Iddriss (hereinafter "Plaintiff") in the above referenced action.

    This correspondence is respectfully submitted to request an adjournment of the Initial Pretrial Conference currently scheduled for May 29, 2025 at 4:00 p.m. This application is made on consent of the appearing Defendant Hong Diep Realty Incorporated. This is the first request for an adjournment of the Initial Pretrial Conference.

    Plaintiff is requesting the adjournment as Defendant KAW, Inc. has not yet appeared and its time to Answer has not yet expired. Plaintiff served an Amended Complaint upon Defendant KAW, Inc. in accordance with Business Corporation Law §306 on May 16, 2025 (ECF No. 22). Defendant KAW, Inc.'s time to Answer the Amended Complaint therefore expires on June 6, 2025. It is Plaintiff's position that absent Defendant KAW, Inc. the pretrial conference would not be productive.

    We are proposing that the conference be re-scheduled to a date after June 6, 2025 based upon Court's convenience.

    Thank you for your attention to this matter.

                              Respectfully submitted,

                              HAICKEN LAW PLLC

                              *Sandra L. Bonder, Esq.*
                              _____
                              BY: SANDRA L. BONDER, ESQ.

cc:

Golberg Miller & Rubin, P.C.
Attorneys for Defendant
Hong Diep Realty Incorporated
*Via ECF and email*