UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
MARIE IDDRISS,

                Plaintiff,

      -v-                               25-cv-2799 (LJL)

HONG DIEP REALTY INCORPORATED et al.,    ORDER

                Defendants.
-------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

      The Parties are hereby ordered to appear on November 12 at 11:00 a.m. in Courtroom 15C, 500 Pearl Street to discuss Dkt. Nos. 47 and 51–53.

      SO ORDERED.

Dated: November 7, 2025
       New York, New York

                                                    LEWIS J. LIMAN
                                            United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/07/2025