```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
                                                                :
MARIE IDDRISS,                                                  :
                                                                :
                          Plaintiff,                            :
                                                                :              25-cv-2799 (LJL)
         -v-                                                    :
                                                                :                  ORDER
HONG DIEP REALTY INCORPORATED et al.,                           :
                                                                :
                          Defendants.                           :
                                                                :
---------------------------------------------------------------X
```

LEWIS J. LIMAN, United States District Judge:

In light of the letter submitted by Plaintiff's counsel on November 10, 2025, Dkt. No. 56, the conference scheduled for November 12, 2025 at 11:00 a.m. will now be telephonic. The parties should be prepared to address any remaining discovery issues, and the request to adjourn trial by defendant KAW, Inc., Dkt. No. 55. The parties are instructed to dial 646-453-4442 and input access code 358639322 at 11:00 a.m.

SO ORDERED.

Dated: November 11, 2025
       New York, New York                       _____
                                                       LEWIS J. LIMAN
                                                   United States District Judge