```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                                                   :
MARIE IDDRISS,                                                     :
                                                                   :
                                Plaintiff,                         :
                                                                   :         25-cv-2799 (LJL)
                -v-                                                :
                                                                   :             ORDER
HONG DIEP REALTY INCORPORATED, et al.,                             :
                                                                   :
                                Defendants.                        :
                                                                   :
-------------------------------------------------------------------X
```

LEWIS J. LIMAN, United States District Judge:

    As ordered during the telephonic conference conducted on November 12, 2025, Plaintiff is hereby ordered to exchange the expert report with Defendants' counsel no later than November 19, 2025.

    The Clerk of Court is respectfully requested to close Docket Numbers 47, 51, 53, and 55.

SO ORDERED.

Dated: November 12, 2025  
       New York, New York  
                                                          LEWIS J. LIMAN  
                                                       United States District Judge