**KAHANA : FELD**

December 17, 2025

Judge Lewis J. Liman
United States District Court
of the Southern District
500 Pearl Street, Courtroom 15C
New York, New York

The motion is granted in part and denied in part.  The request to extend the time for the expert deposition of Mr. Peden is granted.  The motion to compel responses to the post EBT demands is denied for failure to show good cause to serve fact discovery following the close of the deadline for completion of fact discovery.
Date: December 19, 2025

SO ORDERED.

LEWIS J. LIMAN
United States District Judge

Re:    Iddriss v. Hong Diep Realty Incorporated et al.
       Case No.: 1:25-cv-02799-LJL

Dear Judge Liman:

My office represents the defendant, KAW, Inc., in the above matter.  We are writing to address outstanding discovery.  In our letter motion dated November 6, 2025 and at the November 12, 2025 telephone court conference, we formally requested to depose the plaintiff's expert engineer, Doug Peden, on or before December 21, 2025; however, to date that deposition has not been scheduled.  I am requesting an extension of time to conduct same.

Further, my office served Post EBT demands on plaintiff's counsel on November 7, 2025, and within counsel's response, he failed to provide authorizations for 1) all doctors and facilities that plaintiff treated with as a result of her prior motor vehicle accident that took place in April 2021; 2) Mt. Sinai Hospital and all additional doctors and medical facilities that plaintiff treated with as a result of her September 12, 2022 fall at Journal Square Station in New Jersey; and 3) Non-privileged legal file and no-fault file stemming from her prior April 2021 motor vehicle accident. *See*, Defendant KAW's Post EBT Demands attached hereto as **Exhibit "A."** Counsel responded by claiming that fact discovery ended on November 5, 2025; however, fact discovery pertains to the depositions of fact witnesses and not the authorizations demanded. *See,* plaintiff's discovery response attached hereto as **Exhibit "B."**  These medical records are imperative to the defense of damages in this case as the causal relationship of the plaintiff's injuries is highly questionable.

As such, we are requesting an order providing an extension of time to conduct the deposition of Doug Peden and directing the plaintiff to provide the demanded authorizations within 20 days. In the alternative, the moving defendants request a court conference to discuss the matters herein.

Respectfully,

Moya O'Connor

KAHANA : FELD

New York   Arizona   California   Nevada   Texas   New York   Connecticut   New Jersey

800 Third Avenue, 16th Floor, New York, NY 10022 • 917.590.1280 • kahanafeld.com