UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
:
MARIE IDDRISS,                                                     :
:
:
Plaintiff,                                       :
:          25-cv-2799 (LJL)
-v-                                               :
:          ORDER
HONG DIEP REALTY INCORPORATED, ET AL.,          :
:
Defendants.                                 :
:
-------------------------------------------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 02/11/2026
```

LEWIS J. LIMAN, United States District Judge:

The Court will address the motion for summary judgment submitted my Kids at Work ("KAW"), Dkt. No. 63, at the joint pre-trial conference on February 18, 2026.  Plaintiff Marie Iddriss has stipulated that she voluntarily dismissed with prejudice her negligence claim against KAW.  Dkt. No. 63-6.  Defendant Hong Diep Realty Inc. ("Hong Diep") retains a counterclaim against KAW for indemnification and contribution.  Dkt. No. 38.

At the conference, the parties should be prepared to address whether that summary judgment motion is directed only at the "negligence causes of action", *id.* at 6, as asserted by Plaintiff Marie Iddriss, *see* Dkt. No. 15, or if it can be construed as a motion against the remaining indemnification and contribution claim although it is not so directed on its face.  *See* Dkt. No. 63-10 (seeking summary judgment on "all claims asserted against KAW" but including no reference to either indemnification or contribution).

SO ORDERED.

Dated: February 12, 2026
       New York, New York
                                                    _____
                                                    LEWIS J. LIMAN
                                                    United States District Judge