UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------------X

MARIE IDDRISS,

                Plaintiff,

     - against -

HONG DIEP REALTY INCORPORATED
and KAW, INC.

                Defendants.
----------------------------------------------------------------------X

Civil Action No. 25cv2799

**JUDGMENT**

A jury trial having been held before the Honorable Lewis J. Liman, United States District Judge for the Southern District of New York, and the jury having returned a verdict on February 26, 2026 in favor of Defendant HONG DIEP REALTY INCORPORATED as against Plaintiff MARIE IDDRISS.

An OPINION AND ORDER of the Honorable Lewis J. Liman, United States District Judge for the Southern District of New York, filed on February 18, 2026 having granted the motion of Defendant KAW, INC. for summary judgment pursuant to Federal Rule of Civil Procedure 56 and the Court having directed that judgment be entered in favor of Defendant KAW, INC.

IT IS HEREBY ORDERED AND ADJUDGED that judgment is entered in favor of Defendant HONG DIEP REALTY INCORPORATED as against Plaintiff MARIE IDDRISS and that summary judgment is granted in favor of Defendant KAW, INC.

Dated: March 16 , 2026
New York, New York

SO ORDERED:

_____
JUDGE LEWIS J. LIMAN
United States District Judge


CLERK OF COURT


By: _____